UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

STEVEN H. DICKMAN,

          Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 11 2016 ★

BROOKLYN OFFICE

RESTITUTION ORDER

14-CR-610 (ARR)

        As part of the sentence imposed in the above-captioned case on defendant STEVEN H. DICKMAN it is hereby ORDERED, as follows:

1. The defendant shall pay restitution to the victims of the offense of conviction, see 18 U.S.C. §§3663, 3663A(a)(2), in the amount of $234,745.

2. This restitution order is a lien in favor of the United States on all property and rights to property of the defendant, as provided in 18 U.S.C. § 3613(c). The liability to pay the restitution shall terminate as provided by 18 U.S.C. § 3613(b). See also 18 U.S.C. § 3613(f).

3. The court finds that no service provided by defendant to his victims lessens the actual loss they suffered, insofar as defendant's crime of conviction for wire fraud is premised solely on his misrepresentation of his identity as an attorney. Defendant has not challenged the amount of any victim's losses. The names of the victims to whom restitution is owed and the amount of actual losses sustained by each victim are as follows:

|   | VICTIM | RESTITUTION |
|---|--------|-------------|
| 1 | Azaria, Shlomo | $12,210 |
| 2 | Bangiyer, Boris | $10,000 |
| 3 | Bromberg, Alexander | $3,150 |

| | | |
|---|---|---|
| 4 | Grinshpon, Alla | $27,476 |
| 5 | Gruner, Jonathan | $10,000 |
| 6 | Gundareva, Natalya | $5,217 |
| 7 | Heisler, Daniel | $63,603 |
| 8 | Ippolitov, Inna | $10,350 |
| 9 | Ippolitov, Sergey | $7,000 |
| 10 | Klimenko, Valentin | $32,227 |
| 11 | Lee, Galina | $2,217 |
| 12 | Marks, Kamara | $1,500 |
| 13 | McIntosh, Kim & Gordon | $7,000 |
| 14 | Mehany, Magdy | $4,650 |
| 15 | Nelson, Jean Max | $8,000 |
| 16 | Ripa, Boris | $5,600 |
| 17 | Roberts, Shirley | $9,545 |
| 18 | Sadikov, Emmanuil | $15,000 |
| | TOTAL | $234,745 |

The addresses of each of these victims are on file with the United States Probation Department.

    4.    To the extent that the restitution remains unpaid:

        a. While incarcerated, the defendant shall pay, through the Bureau of

2

      Prison's Inmate Financial Responsibility Program, $25.00 per quarter, or 50% of the defendant's monthly prison pay earned per quarter, whichever is greater; and

    b. While under the supervision of the United States Probation Office, the defendant shall pay at least 25% of his net monthly income.

The amounts set forth in subparagraphs a. and b. above are subject to subsequent revision by the court as provided by 18 U.S.C. § 3664(k).

5. The defendant shall notify the court and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k). In addition, as a condition of supervised release, the defendant shall make complete and periodic financial disclosure as directed by the court in consultation with United States Probation Department.

6. If the defendant knowingly fails to pay the restitution required by this Order or by law he will be subject to one or more of the actions permitted by 18 U.S.C. §§ 3613A (Effect of Default) including re-sentencing pursuant to 18U.S.C. § 3614. See also 18 U.S.C. § 3615 (Criminal Default).

7. Payment of the restitution shall be made to the Clerk of the Court for the Eastern District of New York. Any restitution funds paid by the defendant pursuant to this Order shall be distributed by the Clerk of the Court to each victim identified above, following a pro rata distribution.

8. This Order is entered after the court has fully considered the factors set forth in 18 U.S.C. §§3663 and 3664 that are applicable to this defendant.

9. This Order is part of the sentence and shall be included in the judgment.

Dated:     Brooklyn, New York
              January 8, 2016

                                                  /s/(ARR)

                                                  HON. ALLYNE R. ROSS
                                                  UNITED STATES DISTRICT JUDGE
                                                  EASTERN DISTRICT OF NEW YORK